# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK BRETT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAURA D'ANDREI, *et al.*, | : | NO. 17-5391 |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of December, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis*, his *pro se* complaint, his motion to file the case under seal, and his motion to "allow my Philadelphia Police Partner the deceased Brian Lorenzo and his wife Linda Lorenzo to be added as plaintiffs at this time," it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

3. The motion to file this matter under seal is DENIED, and the Clerk of Court is DIRECTED to unseal this case and place it on the public docket.

4. The motion to "allow my Philadelphia Police Partner the deceased Brian Lorenzo and his wife Linda Lorenzo to be added as plaintiffs at this time" is DENIED.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.